TOLEDO, ANN ARBOR AND NORTH MICHIGAN RAILWAY
COMPANY v. DETROIT, LANSING AND NORTHERN
RAILROAD COMPANY ET AL.

(No. 2.)

This case is ruled by the preceding one. See page 564.

Appeal from decree of probate court of Livingston county
condemning right of way for a railroad.

The facts are stated in the opinion in preceding case.

*Charles B. Lothrop,* for appellant.

*L. S. Montague,* for petitioner.

SHERWOOD, J.   This case is an appeal from the probate
court for the county of Livingston to obtain a review of the
proceedings had in that court for the purpose of condemning
lands for a right of way to enable the petitioner to cross,
with its road and track, the right of way and track of defend-
ant lying in said county.

All the questions raised in this case were before us in the
case of *Toledo, Ann Arbor & North Michigan Ry. Co. v.
Detroit, Lansing & Northern R. R. Co. et al.*, 62 Mich. 564.
Both cases were argued at the same time, and there is no occa-
sion for a rediscussion of the principles involved.   The records
are the same, except as to the description of the premises
and the names of the parties, and the rulings and judgment
will be the same in both cases.

The order of confirmation in the case will be reversed,
and the proceedings dismissed, with costs of both courts.

The other Justices concurred.